## UNITED STATES DISTRICT COURT

For the

## EASTERN DISTRICT of NEW YORK

In Re NANCY LEE,

         Petitioner.

Case No.:

 **MISC 25-912**

NOTICE OF MOTION FOR
AMENDMENT OF NATURALIZATION
CERTIFICATE

**AZRACK, J.**

## PETITIONER'S NOTICE OF MOTION FOR
## AMENDMENT OF NATURALIZATION CERTIFICATE

     PLEASE TAKE NOTICE that _____ at _____ a.m., or as soon

thereafter as the matter may be heard in the United States District Court, Eastern District of New

York, before the Honorable _____, Petitioner shall and hereby do move for

an order granting Petitioner's Motion for Amendment of Naturalization Certificate. Petitioner's

motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the

Court's files and records in this matter, and other matters of which the Court may take judicial

notice, and any oral argument that may be presented to the Court.


Date:

                                      _____

                                      Wendy Wang
                                      Attorney for Petitioner
                                      Law Offices of Hua & Wang, P.C.
                                        135-27 38th Ave., Suite 118
                                        Flushing, NY 11354
                                        (718) 321-3316

## CERTIFICATE OF SERVICE

   I hereby certify that on _____, the foregoing Motion for Amendment of Certificate of Naturalization was served by certified mail to each of the parties listed below on _____:


Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, DC 20530

Civil Process Clerk
United States Attorney's Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn NY 11201

USCIS
Office of the Chief Counsel
5900 Capital Gateway Drive
Mail Stop 2120
Camp Springs, MD 20588-0009

USCIS
Jacob K. Javits Federal Building
26 Federal Plaza
3rd Floor, Room 3-120
New York, NY 10278

USCIS
District Director
Jacob K. Javits Federal Building
26 Federal Plaza
3rd Floor, Room 3-120
New York, NY 10278